UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GINA BOYKIN,

      Plaintiff,                                  Case No. 2:24-cv-10563

v.                                             Honorable Susan K. DeClercq
                                               United States District Judge

U.S. FARATHANE, LLC,

      Defendant.
_____/

**ORDER GRANTING PARTIES' STIPULATION OF DISMISSAL (ECF No. 41) AND DISMISSING THE CASE WITH PREJUDICE**

On January 30, 2026, the Parties filed a stipulation of dismissal with prejudice pursuant to Civil Rule 41(a)(1)(A)(ii). ECF No. 41. Having reviewed the stipulation, Civil Rule 41, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Parties' Stipulation of Dismissal with Prejudice, ECF No. 41, is **GRANTED**.

It is further **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes the above-captioned case.**

                                                             */s/Susan K. DeClercq*
                                                             SUSAN K. DeCLERCQ
                                                             United States District Judge

Dated: February 4, 2026